

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00128-CR

**IN RE** Eduardo **TREVINO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
            Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed: April 8, 2015

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On March 9, 2015, relator Eduardo Trevino filed a petition for writ of mandamus complaining of the trial court's failure to rule on a pending motion. However, on March 20, 2015, the trial court signed an order granting the motion in part and denying it in part. Accordingly, the petition for writ of mandamus is denied as moot. *See* TEX. R. APP. P. 52.8(a).

Additionally, relator requested leave to file the petition for writ of mandamus. No leave is required to file a petition for writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relator's request for leave to file is also denied as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Nos. 1999CR4085, 1999CR6204, and 1999CR6205, each styled *The State of Texas v. Eduardo Trevino*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Lorina I. Rummel presiding.